1  Charles T. Meyer, Esq. (NV 11842)
   Tabetha A. Martinez, Esq. (NV 14237)
2  Susan E. Gillespie, Esq. (NV15227)
   BURGER | MEYER LLP
3  400 South 4th St., Suite 500
   Las Vegas, NV 89101
4  Telephone: (949) 427-1888
   Facsimile: (949) 427-1889
5  Email: cmeyer@burgermeyer.com
          tmartinez@burgermeyer.com
6         sgillespie@burgermeyer.com

7  Attorneys for Defendant
   WALMART, INC. dba WALMART
8

9                    UNITED STATES DISTRICT COURT

10                        DISTRICT OF NEVADA

11

| | |
|---|---|
| REBECCA COHEN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>WALMART, INC. dba WALMART, JOHN DOES I-XX, inclusive; ABC CORPORATIONS I-X, inclusive; and BLACK AND WHITE COMPANIES, I-X, inclusive,<br><br>Defendants. | Case No.: 2:23-cv-26-JAD-EJY<br>Hon. Jennifer A. Dorsey<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>ECF No. 14<br><br>Action Filed: November 18, 2022<br>Trial Date: none. |

   Plaintiff REBECCA COHEN ("Plaintiff") and Defendant WALMART, INC. dba WALMART ("Defendant") hereby stipulate and agree that this case be dismissed, with prejudice, and that each party to bear its own attorneys' fees and/or costs.

///
///

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

Entry of this Stipulation and Order will result in the dismissal of the entire action, with prejudice, as to all Defendants.

DATED: August __, 2023

/s/ *Susan E. Gillespie*
Tabetha A. Martinez, Esq.
Nevada Bar No. 14237
Susan E. Gillespie, Esq.
Nevada Bar No. 15227
BURGER MEYER
400 S. Fourth Street, Ste. 500
Las Vegas, NV 89101
(949) 427-1888

Attorneys for Defendants

DATED: August 14, 2023

/s/ [signature]
Julie McGrath Throop, Esq.
Nevada Bar No. 11298
Terry A. Friedman, Esq.
Nevada Bar No. 1975
TERRY FRIEDMAN AND JULIE THROOP
300 South Arlington Avenue
Reno, NV 89501
(775) 322-6500

Attorneys for Plaintiff

## ORDER

Based on the parties' stipulation [ECF No. 14] and with good cause appearing, IT IS ORDERED that **this case is dismissed with prejudice, each side to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.**

_____
United States District Judge  9/19/23